1    PHILLIP A. TALBERT
      United States Attorney
2    KYLE R. RATLIFF
      Special Assistant U.S. Attorney
3    412 TW/JA
      1 South Rosamond Blvd.
4    Edwards AFB, California 93524
      Phone: (661) 277-4316 / Fax: (661) 277-2887
5

6    Attorneys for Plaintiff

7                 UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,      )    Case No.  5:17-po-00259-JLT
                              )
10            Plaintiff,      )    GOVERNMENT'S MOTION AND
                              )    PROPOSED ORDER FOR DISMISSAL
11    v.                             )
                              )
12    SCOTT H. LARAIA,             )
                              )
13               Defendant      )

14        The United States of America, by and through Phillip A. Talbert, United States Attorney,

15    and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation

16    Number 6554433 against SCOTT H. LARAIA without prejudice in the interest of justice,

17    pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

18

19    Dated:  December 7, 2017           Respectfully Submitted,
                                  Phillip A. Talbert
20                                   United States Attorney
21                   By:
22                                   *Kyle R. Ratliff*
                                  Kyle R. Ratliff
23                                   Special Assistant United States Attorney

24

25

# **O R D E R**

      IT IS HEREBY ORDERED that Citation Number 6554433 against SCOTT H. LARAIA be dismissed without prejudice, in the interest of justice.


Dated: _____Dec. 7_____, 2017

_____

HON. JENNIFER L. THURSTON
United States Magistrate Judge

U.S. v. SCOTT H. LARAIA